1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

EDWARD MUSGRAVE,

Case No.  14-cv-02006-JST

Plaintiff,

8
9

v.

**ORDER VACATING MOTION
HEARING**

10

ICC/MARIE CALLENDER'S GOURMET
PRODUCTS DIVISION,

Re: ECF No. 25

11

Defendant.

12          Before the Court is Defendant ICC/Marie Callender's Gourmet Products Division's Motion

13   to Dismiss Plaintiff's Complaint and Motion to Strike.  ECF No. 25.  Pursuant to Federal Rule of

14   Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have

15   thoroughly addressed the issues, rendering the matter suitable for disposition without oral

16   argument.  The hearing on this matter, currently scheduled for October 2, 2014, is hereby

17   VACATED.

18          However, if any party advises the Court in writing by no later than two days from the date

19   of this Order that most or all of the argument for its side will be conducted by a lawyer who has

20   been licensed to practice law for four or fewer years, and who has not previously presented

21   argument before this Court, then the Court will reschedule the hearing at a time that is convenient

22   to all parties in order to provide that opportunity.  Counsel shall confer with each other, and the

23   party requesting the rescheduling of the hearing shall identify the upcoming available dates on the

24   Court's calendar at which all counsel are available for the hearing.

25          **IT IS SO ORDERED**.

26   Dated: September 22, 2014

27   _____

JON S. TIGAR
United States District Judge

28