1  Matthew R. Bainer, Esq. (S.B. #220972)
   Molly A. DeSario, Esq. (S.B. #230763)
2  **SCOTT COLE & ASSOCIATES, APC**
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile:  (510) 891-7030
   Email:  mbainer@scalaw.com
5  Email:  mdesario@scalaw.com
   Web:    www.scalaw.com
6
   Attorneys for Representative Plaintiff
7  and the Plaintiff Classes

8

   Richard M. Williams, State Bar No. 68032
9  Nathan B. Lee, State Bar No. 278608
   **GRAY · DUFFY, LLP**
10 210 B Twin Dolphin Drive
   Redwood City, CA 94065
11 ph. (650) 365-7343
   fax (650) 365-6225
12
   Attorneys for Defendant
13 ICC/MARIE CALLENDER'S
   GOURMEY PRODUCTS DIVISION
14

FILED

OCT 0 1 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15              UNITED STATES DISTRICT COURT
16              NORTHERN DISTRICT OF CALIFORNIA
17

18 EDWARD MUSGRAVE, individually,    )   Case No. 3:14-CV-02006-JST
   and on behalf of all others similarly )
19 situated,                         )   **CLASS ACTION**
                                     )
20                Plaintiff,         )   ~~STIPULATION AND [PROPOSED]~~ ORDER
                                     )   TO SET CLASS CERTIFICATION
21 vs.                               )   BRIEFING SCHEDULE
                                     )
22 ICC/MARIE CALLENDER'S             )
   GOURMET PRODUCTS DIVISION,        )
23                                   )
                                     )
24                Defendant.         )
                                     )
25 _____ )

26

27

28

# [PROPOSED] ORDER

UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:

The foregoing stipulation is approved. Plaintiff's class certification motion is due on August 3, 2015, Defendant's opposition is due on August 17, 2015, and Plaintiff's reply is due on August 24, 2015.

**IT IS SO ORDERED.**

Dated: 10/1/14

_____
Honorable Jon S. Tigar
United States District Judge