```
1  Matthew R. Bainer, Esq. (S.B. #220972)
   Molly A. DeSario, Esq. (S.B. #230763)
2  SCOTT COLE & ASSOCIATES, APC
   1970 Broadway, Ninth Floor
3  Oakland, California 94612
   Telephone: (510) 891-9800
4  Facsimile:  (510) 891-7030
   Email:  mbainer@scalaw.com
5  Email:  mdesario@scalaw.com
   Web:    www.scalaw.com
6
   Attorneys for Representative Plaintiff
7  and the Plaintiff Classes

8
   Richard M. Williams, State Bar No. 68032
9  Nathan B. Lee, State Bar No. 278608
   GRAY · DUFFY, LLP
10 210 B Twin Dolphin Drive
   Redwood City, CA 94065
11 ph. (650) 365-7343
   fax (650) 365-6225
12
   Attorneys for Defendant
13 ICC/MARIE CALLENDER'S
   GOURMET PRODUCTS DIVISION
14
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MUSGRAVE, individually, and on behalf of all others similarly situated, | Case No. 3:14-CV-02006-HSG |
| | **CLASS ACTION** |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ICC/MARIE CALLENDER'S GOURMET PRODUCTS DIVISION, | |
| Defendant. | |

Stipulation and [Proposed] Order to Continue Case Management Conference – 3:14-cv-02006-HSG

1  Representative Plaintiff Edward Musgrave ("Plaintiff"), individually, and on behalf of all
2 others similarly situated, and defendant ICC/MARIE CALLENDER'S GOURMET PRODUCTS
3 DIVISION ("Defendant"), by and through their respective counsel of record, hereby agree and
4 stipulate as follows:

5  **WHEREAS** the Court set a case management conference for Tuesday, May 19, 2015 at 2:00
6 p.m.;

7  **WHEREAS** the parties attended a mediation session on April 28, 2015;

8  **WHEREAS** the parties did not settle but are continuing to conduct settlement discussions
9 and are still exchanging information for purposes of facilitating settlement;

10  **WHEREAS** the parties agree it would be premature to hold a case management conference
11 at this point considering settlement negotiations are still ongoing;

12  **NOW, IT IS THEREFORE STIPULATED AND AGREED,** by and between the parties
13 through their respective attorneys of record and subject to the approval of the Court, that the May 19,
14 2015 case management conference be continued approximately 21 days to a date subject to the
15 Court's convenience.

17 **IT IS SO STIPULATED.**

25 ///
26 ///
27 ///

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800

-1-
Stipulation and [Proposed] Order to Continue Case Management Conference – 3:14-cv-02006-HSG

Dated: May 18, 2015

**SCOTT COLE & ASSOCIATES, APC**

By: ___/s/Molly A. DeSario_____
Molly A. DeSario, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Classes

Dated: May 18, 2015

**GRAY · DUFFY, LLP**

By: ___/s/ Richard M. Williams_____
Richard M. Williams, Esq.
Nathan B. Lee, Esq.
Attorneys for Defendant
ICC/MARIE CALLENDER'S GOURMET
PRODUCTS DIVISION

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: May 18, 2015

**SCOTT COLE & ASSOCIATES, APC**

By: ___/s/Molly A. DeSario_____
Molly A. DeSario, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Classes

**ORDER**

**UPON GOOD CAUSE APPEARING, AND PURSUANT TO THE STIPULATION BETWEEN PARTIES, THE COURT HEREBY ORDERS AS FOLLOWS:**

The foregoing stipulation is approved. The May 19, 2015 case management conference is hereby continued to **June 9, 2015, at 2:00 p.m**.

**IT IS SO ORDERED.**

Dated: May 18, 2015

Honorable Haywood S. Gilliam
United States District Judge

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL.: (510) 891-9800