Scott Edward Cole, Esq. (S.B. #160744)
Molly A. DeSario, Esq. (S.B. #230763)
Christopher B. Johnson, Esq. (S.B. #284814)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone:  (510) 891-9800
Facsimile:   (510) 891-7030
Email:    scole@scalaw.com
Email:    mdesario@scalaw.com
Email:    cjohnson@scalaw.com
Web:     www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Classes


Richard M. Williams, State Bar No. 68032
Nathan B. Lee, State Bar No. 278608
**GRAY DUFFY, LLP**
210 B Twin Dolphin Drive
Redwood City, CA 94065

Attorneys for Defendant
ICC/Marie Callender's Gourmet Products Division

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD MUSGRAVE, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ICC/MARIE CALLENDER'S GOURMET PRODUCTS DIVISION,<br><br>　　　　　　　Defendant. | Case No. 3:14-CV-02006-HSG<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE MOTION FOR CLASS CERTIFICATION BRIEFING DEADLINES** |

1    Pursuant to Civil Local Rules 6-2 and 7-12, Representative Plaintiff Edward Musgrave
2    ("Plaintiff"), individually, and on behalf of all others similarly situated, and Defendant
3    ICC/Marie Callender's Gourmet Products Division ("Defendant"), by and through their
4    respective counsel of record, hereby agree and stipulate as follows:

5    **WHEREAS** Plaintiff's Motion for Class Certification is currently due to be filed on
6    November 3, 2015 pursuant to Judge Gilliam's June 16, 2015 Order (Dkt. No. 66) and
7    Defendant's Opposition to Plaintiff's Motion for Class Certification is currently due to be filed
8    on November 17, 2015;

9    **WHEREAS**, to avoid wasting the Parties' and this Court's time and resources, the
10   Parties had agreed to informally stay this litigation over the last five months in order to explore
11   settlement and global resolution of this case;

12   **WHEREAS**, after exchanging multiple sets of mediation-privileged documents and data
13   points, involving outside accounting experts and scheduling a second mediation to take place on
14   October 22, 2015, the Parties now agree that further settlement discussions would not be
15   productive;

16   **WHEREAS** the Parties have restarted litigation efforts and are diligently working to
17   obtain the discovery needed to file their respective class certification briefs, including expert
18   discovery, but need additional time to do so;

19   **WHEREAS** the class certification briefing schedule has been modified once before (Dkt.
20   No. 43);

21   **NOW, IT IS THEREFORE STIPULATED AND AGREED**, by and between the
22   Parties through their respective attorneys of record and subject to the approval of the Court as
23   follows: Plaintiff shall file his Motion for Class Certification by January 5, 2016; Defendant shall
24   file its Opposition by February 5, 2016; and Plaintiff shall file his Reply by February 26, 2016.

25   The Parties stipulate and request that the hearing on this matter be continued to March 16,
26   2016 or to another date in accordance with the Court's convenience.

27
28

| | | |
|---|---|---|
| 1 | Dated: October 9, 2015 | **SCOTT COLE & ASSOCIATES, APC** |
| 3 | By: | /s/Molly A. DeSairo |
| 4 | | Molly A. DeSario, Esq. |
| | | Attorneys for the Representative Plaintiff and the Plaintiff Classes |
| 6 | Dated: October 9, 2015 | **GRAY DUFFY LLP** |
| 8 | By: | /s/Richard M. Williams |
| | | Richard M. Williams |
| 9 | | Nathan B. Lee |
| | | Attorneys for Defendant |
| 10 | | ICC/Marie Callender's Gourmet Products Division |

### **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

| | | |
|---|---|---|
| 17 | Dated: October 9, 2015 | **SCOTT COLE & ASSOCIATES, APC** |
| 19 | By: | /s/Molly A. DeSario |
| 20 | | Molly A. DeSario, Esq. |
| | | Attorneys for the Representative Plaintiff and the Plaintiff Classes |

### [Proposed] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Haywood S. Gilliam
United States District Court Judge

**DENIED**
*Haywood S. Gilliam*
Judge Haywood S. Gilliam Jr.
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE TOWER BUILDING
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800